1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  JUSTIN E. PINGEL
   Assistant United States Attorney
4  Nevada Bar No. 10186
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada  89101
   Phone: (702) 388-6336
6  Facsimile: (702) 388-6787
   Email: Justin.pingel@usdoj.gov
7
   Attorneys for the United States
8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11 JESSICA LYNN TKACZ,           )
                                 )
12         Plaintiff,            )   Case No: 2:14-cv-00092-RCJ-CWH
                                 )
13         v.                    )
                                 )
14 JEH JOHNSON, *et al.,*        )
                                 )
15         Defendants.           )
                                 )
16

17 **SPECIAL SHOW CAUSE MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

18

19     Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable

20 Court admit Government attorney Samuel P. Go to practice in the District of Nevada for the above-

21 captioned case and in all matters in this district during the period of employment by the United States.

22 Rule IA 10-3 provides:

23     Unless otherwise ordered by the Court, any nonresident attorney who is a member in good
       standing of the highest court of any state, commonwealth, territory, or the District of
24     Columbia, who is employed by the United States as an attorney and, while being so employed,
       has occasion to appear in this Court on behalf of the United States, shall, upon motion of the
25     United States Attorney or the Federal Public Defender for this district or one of the assistants,
       be permitted to practice before this court during the period of such employment.
26

1  Samuel P. Go is an attorney with the United States Department of Justice, Civil Division,
2  Office of Immigration Litigation, an agency of the federal government, and is a member in good
3  standing of the state bar of New York (No. 4234852).
4  In addition, the "conduct of litigation in which the United States, an agency, or officer thereof
5  is a party, or is interested, and securing evidence therefor, is reserved to officers of the Department of
6  Justice, under the discretion of the Attorney General." 28 U.S.C. § 516. In addition, pursuant to 28
7  U.S.C. § 515(a), the Attorney General or any other officer of the Department of Justice is authorized to
8  conduct any kind of legal proceeding, civil or criminal, which United States Attorneys are authorized
9  to conduct, "whether or not he is a resident of the district in which the proceeding is brought." Further,
10  any officer of the Department of Justice may be sent by the Attorney General to any judicial district in
11  the United States "to attend to the interests of the United States in a suit pending in a court of the
12  United States, . . . or to attend to any other interest of the United States." 28 U.S.C. § 517.
13  Pursuant to these statutory authorities, the Attorney General has delegated litigation authority
14  to the Assistant Attorney General for the Civil Division, 28 C.F.R., Subpart I, including the defense of
15  "challenged actions of Government agencies and officers, . . .". 28 C.F.R. § 0.45(h).
16  While these statutory and legal authorities ordinarily establish the basis for a Department of
17  Justice, Civil Division, Office of Immigration Litigation attorney to appear on behalf of the United
18  States in any federal court, on June 6, 2012, this Court gave notice to the First Assistant U.S. Attorney
19  for the United States Attorney's Office for the District of Nevada that the Court "will no longer grant
20  *pro hac* recognition to Washington D.C. Justice Attorneys without a special show cause that they will
21  comply with court orders, local ethical rules and the rules of the State Bar of Nevada." (*United States*
22  *of America v. Estate of E. Wayne Hage*, *et al.,* 2:07-cv-01154-RCJ-VCF; ECF # 336 at 2). In light of
23  that notice, the United States attaches the Declaration of Samuel P. Go, which attests that Mr. Go will
24  comply with court orders, local ethical rules, and the rules of the State Bar of Nevada.
25  . . .
26  . . .

1  Accordingly, the United States respectfully requests that an order be issued at the earliest
2  opportunity permitting Samuel P. Go to practice before this Court.
3  Respectfully submitted this 18th day of March 2014.

> DANIEL G. BOGDEN
> United States Attorney
>
> */s/ Justin E. Pingel*
> JUSTIN E. PINGEL
> Assistant United States Attorney

IT IS SO ORDERED:

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED: May 28, 2014