BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division
JOHN S. HOGAN
Assistant Director
SAMUEL P. GO
Senior Litigation Counsel
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: 202) 353-9923
Facsimile: (202) 616-4950
E-mail: Samuel.Go@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA LYNN TKACZ, <br><br> Plaintiff, <br><br> vs. <br><br> JEH JOHNSON, Secretary, U.S. Department of Homeland Security; JEANNE KENT[1], Field Office Director, United States Citizenship and Immigration Services ("USCIS") Las Vegas Field Office; DANIEL G. BOGDEN, U.S. Attorney, Nevada, <br><br> Defendants. | Case No. 2:14-cv-00092-RFB-CWH <br><br> **JOINT STIPULATION TO CONTINUE THE HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO AMEND** <br><br> **[Proposed Order Filed Concurrently]** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Jeanne Kent, Field Office Director, USCIS Las Vegas Field Office, is substituted for her predecessor.

**JOINT STIPULATION TO CONTINUE THE HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO AMEND**

IT IS HEREBY STIPULATED that the hearing date on the parties' Cross-Motions for Summary Judgment and Plaintiff's Motion to Amend Complaint be continued from August 27, 2015 to September 24, 2015 or September 25, 2015. Defendant's counsel, Mr. Samuel Go, has a scheduling conflict with the August 27, 2015 hearing date. On August 17, 2015, Mr. Go contacted Mr. Constantinos Gus Fountas, Plaintiff's counsel, asking Mr. Fountas if he would stipulate to continue the August 27, 2015 hearing to a later date. Mr. Fountas agreed to continue the hearing date as requested, and the parties thus stipulate to continue the hearing date on the parties' Cross-Motions for Summary Judgment and Plaintiff's Motion to Amend Complaint from August 27, 2015 to September 24, 2015 or September 25, 2015. Alternatively, in the event the Court is not available on the proposed dates, the parties are amenable to continuing the hearing date to September 22, 2015; September 23, 2015; September 29, 2015; or October 1, 2015.

Dated: August 18, 2015                    Respectfully submitted,

                                          s\ Samuel P. Go
                                          SAMUEL P. GO
                                          Senior Litigation Counsel
                                          United States Department of Justice
                                          Civil Division
                                          Office of Immigration Litigation
                                          P.O. Box 878, Ben Franklin Station
                                          Washington, DC  20530
                                          Telephone:  (202) 353-9923
                                          Facsimile:  (202) 616-4950
                                          Email: samuel.go@usdoj.gov

                                          Attorney for Defendants

Dated: August 18, 2015                    s\Constantinos Gus Fountas (with permission)
                                          CONSTANTINOS GUS FOUNTAS
                                          3340 Pepper Ln. Ste. 103
                                          Las Vegas, NV 89120
                                          Telephone: (702) 451-8815
                                          Facsimile:   (702) 450-9925
                                          Email: fountaslaw@gmail.com

                                          Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing JOINT STIPULATION TO CONTINUE THE HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO AMEND was served to the following individuals on this date and by the below method of service:

**Electronic Case Filing:**

Constantinos Gus Fountas
Fountas & Associates
3340 Pepper Ln., Ste. 103
Las Vegas, NV 89120

Dated this 18th day of August 2015.

                                                         */s/ Samuel P. Go*
                                                         SAMUEL P. GO
                                                         Senior Litigation Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA LYNN TKACZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JEH JOHNSON,  Secretary, U.S. Department ) <br> of Homeland Security; JEANNE KENT, Field ) <br> Office Director, United States Citizenship and ) <br> Immigration Services ("USCIS") Las Vegas ) <br> Field Office; DANIEL G. BOGDEN, U.S. ) <br> Attorney, Nevada, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:14-cv-00092-RFB-CWH <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE THE HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO AMEND** |

Pursuant to joint stipulation, IT IS HEREBY ORDERED that the hearing date on the parties' Cross-Motions for Summary Judgment and Plaintiff's Motion to Amend Complaint be continued from August 27, 2015 to October 1, 2015 at 10:00 AM in LV Courtroom 7C.

DATED: August 20th, 2015.

_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE