1  DANIEL G. BOGDEN
United States Attorney
2  District of Nevada

3  LINDSY M. ROBERTS
Assistant United States Attorney
4  333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
5  Telephone: 702-388-6336
Facsimile: 702-388-6787
6  Email: blaine.welsh@usdoj.gov

7  *Attorneys for the United States.*

8

9                    **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11  JESSICA LYNN TKACZ,                )
                                       )
12          Plaintiff,                 )   Case No. 2:14-cv-00092-RFB-CWH
                                       )
13      vs.                            )
                                       )
14  JEH JOHNSON,  Secretary, U.S. Department of  )
    Homeland Security, *et al.,*       )
15                                     )
            Respondent.                )
16  _____

17  **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT
    OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**
18

19          Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable

20  Court admit Government attorneys Jonathan Robbins and Jeffrey Robins to practice in the District of

21  Nevada for the above-captioned case and in all matters in this district during the period of employment

22  by the United States.  Rule IA 10-3 provides:

23          Unless otherwise ordered by the Court, any nonresident attorney who is a member in good
            standing of the highest court of any state, commonwealth, territory, or the District of
24          Columbia, who is employed by the United States as an attorney and, while being so employed,
            has occasion to appear in this Court on behalf of the United States, shall, upon motion of the
25          United States Attorney or the Federal Public Defender for this district or one of the assistants,
            be permitted to practice before this court during the period of such employment.
26

                                          1

1    Both government attorneys are with the United States Department of Justice, Civil Division,

2   Office of Immigration Litigation, an agency of the federal government. Jonathan Robbins is with the

3   Appellate Section, and is a member in good standing of the state bar of Virginia (Bar No. 73366).

4   Jeffrey Robins is with the District Court Section, and is a member in good standing of the state bar of

5   New York (Bar No. 4355244).

6        The following contact information is provided to the Court:

7            Jonathan Robbins
             United States Department of Justice, Civil Division
8            Office of Immigration Litigation, Appellate Section
             P.O. Box 878, Ben Franklin Station, Washington, D.C. 20044
9            Phone 202-305-8275   Fax 202-616-4950
             Jonathan.A.Robbins@usdoj.gov
10
             Jeffrey Robins
11           United States Department of Justice, Civil Division
             Office of Immigration Litigation, District Court Section
12           P.O. Box 878, Ben Franklin Station, Washington, D.C. 20044
             Phone 202-616-1246
13           jerobins@civ.usdoj.gov

14       The government attorney currently handling this matter, Samuel P. Go, will be out of the

15  office, detailed to a different government office for the next several months. Accordingly, the United

16  States respectfully requests that the Court admit Jonathan Robbins and Jeffrey Robins to practice in

17  the District of Nevada for the duration of employment by the United States.

18       Respectfully submitted this 18th day of March 2016.

19                                              DANIEL G. BOGDEN
                                                United States Attorney
20
                                                /s/ Lindsy M. Roberts
21                                              LINDSY M. ROBERTS
                                                Assistant United States Attorney
22

23                                              IT IS SO ORDERED:

24

25                                              UNITED STATES DISTRICT JUDGE
                                                UNITED STATES MAGISTRATE JUDGE
26                                              DATED:  March 21, 2016

2

1

**PROOF OF SERVICE**

2      I, Lindsy M. Roberts, certify the following individuals were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA**

3    **FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date and via the method of service identified below:

4

5      **Electronic Case Filing**:
Constantinos Gus Fountas

6      Fountas & Associates
3340 Pepper Ln., Ste. 103

7      Las Vegas, NV 89120
fountaslaw@gmail.com

8
      *Attorney for Petitiioner.*

9

10      Dated this 18th day of March 2016.

11                                                      */s/ Lindsy M. Roberts*
                                                       LINDSY M. ROBERTS

12                                                      Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26